UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BETTINA PASQUANTONIO, NICHOLAS
PASQUANTONIO, and NOVAROSE
PASQUANTONIO, by her father and
next friend, NICHOLAS PASQUANTONIO,
    Plaintiffs

v.

KAREN J. POLEY, M.D., ANJAN K.
CHAUDHURY, M.D., CHRISTINE A.
PENSO, M.D., and STEWARD HEALTH
CARE SYSTEM LLC,
    Defendants

CIVIL ACTION

NO. 11-10767-NMG

Order of Dismissal
December 6, 2011

Gorton, D. J.

In accordance with the Courts allowance of Defendants' Motion to Dismiss (Docket No. 8), it is hereby Ordered this case is Dismissed.

Approved,                                By the Court,

/s/ Nathaniel M. Gorton                  /s/ Kellyann Moore
United States District Judge             Deputy Clerk